JS-6

FILED
CLERK, U.S. DISTRICT COURT
NOV 2 3 2009
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WELDING UNLIMITED, INC., a California corporation, <br><br> Defendant. | CASE NO.: CV-09-06169 AHM (CTx) <br><br> ASSIGNED TO THE HONORABLE A. HOWARD MATZ <br><br> [FED. R. CIV. PROC. 55(b)(2)] <br><br> ~~PROPOSED~~ JUDGMENT <br><br> <u>Hearing Date</u> <br><br> Date:  November 23, 2009 <br> Time:  10:00 a.m. <br> Courtroom:  14 |

Plaintiffs' motion for default judgment came on regularly for hearing on November 23, 2009, in the above-referenced Court, the Honorable A. Howard Matz, United States District Judge, presiding. Jacqueline L. Sugarman of Laquer, Urban, Clifford & Hodge LLP appeared as attorney for all plaintiffs. All appearances were stated on the record.

After full consideration of the evidence and authorities submitted by counsel, and for good cause shown:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiffs, the Trustees of the Operating Engineers Pension Trust, Trustees of the Operating

1

~~PROPOSED~~ JUDGMENT

248343.1

1 | Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-
2 | Holiday Savings Trust and Trustees of the Operating Engineers Training Trust shall
3 | recover from defendant Welding Unlimited, Inc., a California corporation, the
4 | principal amount of $209,799.23, attorney's fees of $4,745.50 and costs of $587.91,
5 | plus post-judgment interest as provided by law from the date of entry of the judgment
6 | herein.

Dated: 11/23/09

_____
UNITED STATES DISTRICT JUDGE