O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-06169-AHM(CTx) | Date | November 23, 2009 |
|---|---|---|---|
| Title | TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST et al. V. WELDING UNLIMITED, INC. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Jacqueline Sugarman | No Appearance | |

**Proceedings:**  MOTION for Default Judgment Against Defendant Welding Unlimited, Inc. [8] (non-evidentiary)

Cause called; appearances made.  No appearance by defendant.

For reasons stated on the record, the Court grants plaintiffs' motion for default judgment.  Judgment to issue.

|  | : | 01 |
|---|---|---|
|  | Initials of Preparer | SMO |