CHAMBERS COPY COURTESY COPY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>WELDING UNLIMITED, INC., a California corporation<br><br>Defendant. | CASE NO.: CV 09-06169 AHM (Ex)<br><br>ASSIGNED TO THE HONORABLE MAGISTRATE JUDGE Charles Eick<br><br>ORDER FOR APPEARANCE OF DAVID R. SHIELDS, OFFICER OF JUDGMENT DEBTOR<br><br>DATE: OCTOBER 1, 2010<br>TIME: 9:30 a.m.<br>CTRM: 20, Spring Street |

GOOD CAUSE APPEARING, from the application of the Judgment Creditors, IT IS ORDERED that David R. Shields appear in Courtroom 20 of the United States Courthouse for the Central District of California, located at 312 N. Spring St., Los Angeles, California, on October 1, 2010, at 9:30 a.m., and answer questions concerning property subject to the judgment debtor's ownership and control, before the Honorable Carolyn Turchin, United States Magistrate Judge.

---

ORDER FOR APPEARANCE OF DAVID R. SHIELDS, OFFICER OF JUDGMENT DEBTOR

IT IS FURTHER ORDERED that personal service upon the judgment debtor is required. See, CCP Sec. 708.110(d).

IT IS FURTHER ORDERED that David R. Shields bring with him the following documents under his control, or under the control of his agents, attorneys or accountants (photocopies may be produced in lieu of originals):

1. All financial statements prepared by or on behalf of Welding Unlimited, Inc. (hereinafter "Welding"), for the time period from January 1, 2009, through the present.

2. All monthly bank statements of Welding for all of its checking accounts and all its savings accounts for the time period from January 1, 2009, through the present.

3. All savings account, pass books, certificates of deposit and trust certificates in the name of Welding for the time period from January 1, 2009, through the present.

4. All negotiable instruments and negotiable securities in the name of Welding, or owned by Welding.

5. All accounts receivable of Welding for the time period from January 1, 2009, through the present.

6. All evidence and memoranda of any ownership interest of Welding in any corporation, partnership, unincorporated association or any business organized or conducted for production of income for the time period from January 1, 2009, through the present.

7. All evidence and memoranda of any income received by Welding from January 1, 2009, through the present, to include but not limited to copies of tax returns, insurance proceeds, or repayment of loans.

8. All evidence of any ownership interest of Welding, to include but not limited to bills of sale, pink slips or any other record of title, in any motor vehicle, airplane, boat, equipment or heavy machinery from January 1, 2009, through the

present.

9. All evidence of any license, to include but not limited to business or professional license, issued by any city, county, state or any federal government agency or department in the name of Welding and covering any period of time from January 1, 2009, through the present.

10. All evidence of any debts or payments owed to Welding to include but not limited to those arising from loans or judgments, for the time period from January 1, 2009, through the present.

11. Copies of all certified payroll records submitted by Welding to any general contractor or public contracting agency for public works projects for work performed during the time period from January 1, 2009 through the present.

12. Any and all evidence or other memoranda indicating that Welding was either a plaintiff or a defendant in any lawsuit since January 1, 2009.

13. Any evidence and memoranda indicating that Welding received any judgment, award, bequest or devise in any lawsuit or other court action since January 1, 2009.

14. Any evidence and memoranda indicating an ownership interest of Welding in any patent, invention, trade name, or copyright.

15. Any evidence and memoranda indicating an ownership interest of Welding in any real property or developments on real property.

16. All subcontracts entered into by Welding to perform construction projects for the time period from January 1, 2009 through the present.

17. All invoices for services performed by Welding projects for the time period from January 1, 2009, through the present.

18. Welding's cash disbursement journals and check registers for the time period from January 1, 2009, through the present.

///

///

## NOTICE TO JUDGMENT DEBTOR

IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY ORDER THAT YOU PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.

DATED: 8/23/10

UNITED STATES MAGISTRATE JUDGE

- 4 -
ORDER FOR APPEARANCE OF DAVID R. SHIELDS, OFFICER OF JUDGMENT DEBTOR
269691.1